## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Justin Ghani,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:25-CV-02282 |
| ) | |
| **ARS Pharmaceuticals, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT ARS PHARMACEUTICALS, INC.'S MOTION TO DISMISS

Defendant ARS Pharmaceuticals, Inc. ("Defendant"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), requests this Court issue an order dismissing Plaintiff's Amended Complaint with prejudice for failure to state a claim upon which relief can be granted. In support of this Motion, Defendant states as follows:

1. Plaintiff filed this lawsuit against Defendant alleging gender discrimination and pregnancy discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*.

2. Even when read in a liberal manner, and assuming the factual allegations in the Complaint are true, Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

3. Plaintiff has failed to meet the pleading standard to state a claim of gender and/or pregnancy discrimination as required by Rule 12(b)(6).

4. A Memorandum in Support is filed contemporaneously with this Motion and is incorporated herein by reference.

For these reasons, along with the arguments set forth in its Memorandum in Support, Defendant requests this Court issue its Order dismissing Plaintiff's Amended Complaint with prejudice, awarding Defendant its costs and fees incurred in defending against these claims, and for all such further relief as this Court deems just and proper.

Dated: August 29, 2025                     **JACKSON LEWIS, P.C.**

*/s/ Joshua J. Cervantes*
Joshua J. Cervantes. #78917
7101 College Blvd., Ste. 1200
Overland Park, KS 66210
Telephone: (913) 918-1018
Facsimile: (913) 918-1019
Joshua.Cervantes@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT
ARS PHARMACEUTICALS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record. Additionally, a true and accurate copy of the foregoing was sent via U.S. Mail, certified mail return, receipt requested, and via e-mail to Plaintiff Justin Ghani at the following address and e-mail addresses of record:

Justin Ghani
13861 Pembroke Dr.
Leawood, KS 66224
Jrggw7@yahoo.com

*/s/ Joshua J. Cervantes*
**AN ATTORNEY FOR DEFENDANT**

4907-9909-0775, v. 1